# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.3
### Eastern Division

Magnet Communications

                        Plaintiff,

v.                                       Case No.: 1:04−cv−04630
                                                  Hon. Amy J. St. Eve

Healthcare Branding Group, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 16, 2005:

     MINUTE entry before Judge Amy J. St. Eve :Status hearing held on 3/16/2005, Civil case terminated. Plaintiff's oral motion to dismiss is granted, with leave to reinstate by or on 4/15/05.Judicial staff mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.